## File Hashes for IP Address 108.48.125.61

**ISP:** Verizon FiOS
**Physical Location:** Annandale, VA

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 06/26/2014 03:56:31 | 4BAD2A2BEE27A849C57E1BF063D525FF62BE4186 | Lovers Way |
| 06/19/2014 22:00:34 | 676D3A4A4F169A41FB7097F347320A6574E601D3 | Dancing Romance |
| 06/19/2014 21:51:19 | 17E9C7AAB73C2845D20844533DD246E8A8A81F03 | From Three to Four Part 2 |
| 06/19/2014 18:11:01 | D7967F3B32132CF925D535059A208B2FA4DEB59F | Group Sex |
| 06/18/2014 12:47:39 | 3037FF45EE45E854055001DE3B5F8FFFEDEAB56D | They Seem so Sweet |
| 06/16/2014 10:48:30 | 1115E0A060DDA1EF75C04E07F14A7F45A42CD323 | A Girls Fantasy |
| 06/16/2014 02:06:53 | 23E9948C3C71E42885E2292076C64C5CB2AC8E73 | Go Down On Me |
| 06/05/2014 20:25:35 | 84ABF3B1B881BF16E463DEE19669223AB87B562F | Sex With Glasses |
| 06/05/2014 19:52:54 | E3081B82569BCE0B7EA7C215306BF8CBA6FA23F9 | Perfect Timing |
| 06/05/2014 11:35:25 | 42D6ACA8B2AA213D048F411EC3BA261CB9CC06DB | From Three to Four |
| 06/03/2014 21:32:41 | 81433A009928474F2A4FF2BA5E3A62FBCC4585A7 | Rope Priority |
| 06/01/2014 22:22:32 | 9A891996B937D92CF7AA0B88D527D1879A97E3E4 | Blindfold Me Baby |
| 05/25/2014 14:11:45 | A2D59A22224EC8E2D1B9B58FF32A8559B1DF9A93 | A Thought of You Part 2 |
| 05/25/2014 14:00:19 | 6EC4EAC1DF8D6C9F6A7C69FB03130A8273DBACF2 | Epic Love |
| 05/25/2014 13:54:34 | BE8D1D6FC734C53D97F77FDE5769D86B2DE01DCF | Floating Emotions |
| 05/25/2014 13:52:36 | 9B2D98987560366CA5F58EC444BC76A49A868BA1 | Meet My Lover From Austria |
| 05/18/2014 17:24:17 | 3E4968CC6071DC42C22F6E24DDD4532F02D1B59E | Zeppelin on Fire |
| 05/16/2014 19:19:21 | DA28CA8341F2246A7EE5256F9684400EAC6555FA | Brazilian Love Affair |
| 05/16/2014 12:59:04 | E3D0ECD62AC239734AF56342913472D0757B4E64 | Not Alone |
| 05/16/2014 12:36:24 | E8D6E83CE8BAD3990D5AC977493683FB7347E611 | So Right Its Wrong |
| 05/06/2014 22:45:35 | 418612CDA063819CF12372355DCD2C2573FD0337 | Truth or Dare |
| 05/06/2014 22:35:23 | CE182546909FB4A95FA7CC8CEDBA886F793FEAFE | Want You |

EVA37

EXHIBIT A

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 04/30/2014 04:20:56 | 4426DE6208A51B6DE6BFD1993C5A70538064631D | Putting On A Show For You |
| 04/30/2014 04:00:51 | 3E1D8C8C67F3C45319A153F68065650466A3EF3F | Tantric Massage |
| 04/30/2014 04:00:19 | C3B3424E7CADE25CC2EC4F9B59D57F43A7AD23A2 | Double Tease |
| 04/30/2014 03:58:52 | EEF9DBC1BD41E3494DD50B19EAAECDABB436EAFB | Surprise Surprise |
| 04/17/2014 16:46:55 | 773234BFC085B8B2224C573588A023417A777157 | Catching Up |
| 04/17/2014 10:44:41 | 5AC7AB03E19C297896FED886A419BC11D80B843D | Rendezvous |
| 04/12/2014 12:01:23 | 7C1897CDC418D992FD1F045D1C04E0299E11E7DA | Deep Blue Passion |
| 04/05/2014 02:56:00 | 682575B3B625CA6B47485CCA605C404ABE372B72 | I Am In the Mood |
| 04/02/2014 18:45:05 | 82757EE5781DBA912960230FB84F9584B15C26E9 | Just the Three of Us |
| 04/02/2014 18:40:44 | 56B890DBF45818C57D350DFCE7A9F33615B24F6E | My Naughty Girl |
| 04/02/2014 18:40:44 | AD3F53027CB90D4B3D4E1A6D35C2A3FDC210830C | My Days in Rome |

**Total Statutory Claims Against Defendant: 33**

EVA37

EXHIBIT A