Copyrights-In-Suit for IP Address 108.48.125.61

**ISP:** Verizon FiOS
**Location:** Annandale, VA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Girls Fantasy | PA0001819294 | 12/23/2012 | 01/01/2013 | 06/16/2014 |
| A Thought of You Part 2 | PA0001895665 | 05/13/2014 | 05/16/2014 | 05/25/2014 |
| Blindfold Me Baby | PENDING | 05/30/2014 | 06/05/2014 | 06/01/2014 |
| Brazilian Love Affair | PA0001895095 | 05/03/2014 | 05/12/2014 | 05/16/2014 |
| Catching Up | PA0001889391 | 04/13/2014 | 04/15/2014 | 04/17/2014 |
| Dancing Romance | PENDING | 06/07/2014 | 06/09/2014 | 06/19/2014 |
| Deep Blue Passion | PA0001885168 | 03/21/2014 | 03/24/2014 | 04/12/2014 |
| Double Tease | PA0001892183 | 04/17/2014 | 04/29/2014 | 04/30/2014 |
| Epic Love | PA0001898091 | 05/25/2014 | 06/06/2014 | 05/25/2014 |
| Floating Emotions | PA0001887126 | 04/05/2014 | 04/07/2014 | 05/25/2014 |
| From Three to Four | PA0001898059 | 05/19/2014 | 06/06/2014 | 06/05/2014 |
| From Three to Four Part 2 | PENDING | 06/01/2014 | 06/05/2014 | 06/19/2014 |
| Go Down On Me | PENDING | 06/11/2014 | 06/19/2014 | 06/16/2014 |
| Group Sex | PA0001892182 | 04/19/2014 | 04/29/2014 | 06/19/2014 |
| I Am In the Mood | PA0001880672 | 02/25/2014 | 02/27/2014 | 04/05/2014 |
| Just the Three of Us | PA0001880670 | 02/21/2014 | 02/27/2014 | 04/02/2014 |
| Lovers Way | PENDING | 06/21/2014 | 06/30/2014 | 06/26/2014 |
| Meet My Lover From Austria | PA0001898094 | 05/17/2014 | 06/06/2014 | 05/25/2014 |
| My Days in Rome | PA0001886187 | 03/28/2014 | 04/02/2014 | 04/02/2014 |
| My Naughty Girl | PA0001868094 | 10/28/2013 | 11/01/2013 | 04/02/2014 |
| Not Alone | PA0001889410 | 04/09/2014 | 04/15/2014 | 05/16/2014 |

EXHIBIT B

EVA37

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Perfect Timing | PA0001895848 | 05/07/2014 | 05/16/2014 | 06/05/2014 |
| Putting On A Show For You | PA0001892889 | 04/29/2014 | 05/04/2014 | 04/30/2014 |
| Rendezvous | PA0001889397 | 04/12/2014 | 04/15/2014 | 04/17/2014 |
| Rope Priority | PA0001895760 | 05/11/2014 | 05/16/2014 | 06/03/2014 |
| Sex With Glasses | PENDING | 06/05/2014 | 06/09/2014 | 06/05/2014 |
| So Right Its Wrong | PA0001872084 | 12/01/2013 | 12/04/2013 | 05/16/2014 |
| Surprise Surprise | PA0001892186 | 04/27/2014 | 04/29/2014 | 04/30/2014 |
| Tantric Massage | PA0001892180 | 04/25/2014 | 04/29/2014 | 04/30/2014 |
| They Seem so Sweet | PENDING | 06/15/2014 | 06/19/2014 | 06/18/2014 |
| Truth or Dare | PA0001846099 | 05/16/2013 | 06/30/2013 | 05/06/2014 |
| Want You | PA0001822650 | 01/15/2013 | 01/27/2013 | 05/06/2014 |
| Zeppelin on Fire | PA0001874614 | 01/04/2014 | 01/05/2014 | 05/18/2014 |

**Total Malibu Media, LLC Copyrights Infringed: 33**

EXHIBIT B

EVA37